IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

FREDERICK MARK INYARD,                    Case Number 12-40260-13 (JMK)

      Debtor.

## CREDITOR JOSH SAUNDERS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY

COMES NOW Creditor Josh Saunders ("**Saunders**"), by and through counsel, Wesley F. Smith of Stevens & Brand, LLP, and for his Motion for Relief from the Automatic Stay and Request for Adequate Protection, states as follows:

1. On March 2, 2012 (the "**Filing Date**") the Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

2. Prior to the Filing Date, Saunders delivered a 1965 Pontiac LeMans, VIN No. 237275Z123697 (the "**LeMans**"), and a 1968 Pontiac Grand Prix GT, Vin No. 266578P257806 (the "**Grand Prix**"), (collectively the "**Vehicles**") to the Debtor at his place of business, Fred's Tune Up, for the purpose of having mechanical work performed on them.

3. According to a 2013 VIN search, both of the Vehicles currently remain titled in Saunders' name, and a lien of Kaw Valley State Bank of Eudora remains on the LeMans. The VIN searches are attached hereto, marked as Exhibit A.

4. To the best of Saunders' knowledge, the Debtor failed to perform the desired mechanical work on the Vehicles and, subsequent to the Filing Date, the Debtor sold the Vehicles to third parties without the consent of Saunders, and without any claim to their Titles.

5. It is Saunders' belief that at least one of the Vehicles, the Grand Prix, was sold by the Debtor to an individual by the name of Jason Stevens, who subsequently attempted to resell it through an internet ad. The current whereabouts of the LeMans are unknown.

6. Saunders seeks relief from the automatic stay to preserve his rights to pursue fraud and conversion claims against the Debtor in District Court upon the completion of his Bankruptcy Case.

7. Said fraud and conversion was executed post-Petition, subsequent to the Filing Date. Therefore, Saunders' claim cannot be discharged in this, or any future Bankruptcy proceeding.

8. As a result of the foregoing, the Debtor is agreeable to Saunders obtaining stay relief with regard to the Vehicles.

9. Pursuant to 11 U.S.C. § 362(d)(1), Saunders is entitled to relief from the automatic stay for cause, due the Debtor's post-Petition conversion of the Vehicles.

10. If Saunders is not granted relief from the automatic stay, he will suffer injury, loss, and damage.

11. Saunders respectfully requests an Order permitting him to pursue and enforce his rights with regard to the Vehicles, as well as his rights provided under applicable State law. Saunders understands he may not collect any judgment he might obtain against the Debtor from any property of the estate under 11 U.S.C. § 1306.

12. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. § 471 and 11 U.S.C. § 362.

WHEREFORE, Creditor Josh Saunders respectfully requests that the Court enter an Order granting him relief from the automatic stay with regard to the Vehicles so he may pursue and enforce his rights and remedies as provided under applicable State law, and such other and further relief as the Court deems fair, just, and equitable.

Respectfully Submitted,

**STEVENS & BRAND, LLP**


By: *s/ Wesley F. Smith*
WESLEY F. SMITH, #18517
900 Massachusetts, Suite 500
P.O. Box 189
Lawrence, Kansas 66044
Telephone ~ (785) 843-0811
Facsimile ~ (785) 843-0341
E-Mail ~ WSmith@StevensBrand.com
**Counsel for Creditor Josh Saunders**


# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2014, a true and correct copy of the above and foregoing **Creditor Josh Saunders' Motion for Relief from the Automatic Stay** and **Notice of Objection Deadline** thereon were electronically filed with the U.S. Bankruptcy Court, District of Kansas, were sent by electronic mail to all parties receiving notices via the Court's CM/ECF noticing system, and were sent by first-class U.S. Mail, postage prepaid, to the following:

Mr. Frederick M. Inyard
615 N. 3rd Street
Lawrence, Kansas 66044
**Debtor**

Mr. Josh Saunders
P.O. Box 804
Lawrence, Kansas 66044
**Creditor**

*s/ Wesley F. Smith*
WESLEY F. SMITH, #18517